UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NUMBER: 02-404-01 |
| v. | : | O R D E R |
| MAHMOUD FIRAS, | : | |

The defendant has filed a motion requesting an early termination of Supervised Release,

It is on the day 21st of AUGUST, 2009

ORDERED that defendant's motion for early termination of Supervised Release is hereby denied.

S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR. U.S.D.J.